IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:23-cv-000972-M-KS

JAMES PRIVOTT,                          )
                                        )
    Plaintiff,                          )
                                        )
v.                                      )                    ORDER
                                        )
KILOLO KIJAKAZI,                        )
Acting Commissioner of Social Security, )
                                        )
    Defendant.                          )
_____ )

    This matter comes before the court on the Plaintiff's Consent Motion for Fees Pursuant to

the Equal Access to Justice Act [DE 16]. Upon stipulation and agreement of the parties (DE 20),

the motion is GRANTED as follows. Defendant shall pay to Plaintiff $3,500.00 in full satisfaction

of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award

to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable

to Plaintiff's counsel, George C. Piemonte of Martin, Jones and Piemonte, and mailed to his office

at 4601 Charlotte Park Drive, Suite 390, Charlotte, NC 28217, in accordance with Plaintiff's

assignment to his attorney of his right to payment of attorney's fees under the Equal Access to

Justice Act.

    SO ORDERED this _____2ᵈ_____ day of January, 2024.


                                        RICHARD E. MYERS II
                                        CHIEF UNITED STATES DISTRICT JUDGE