UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES PRIVOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| KILOLO KIJAKAZI, | ) | 7:23-CV-972-M-KS |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** the defendant shall pay to plaintiff $3,500.00 in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This judgment filed and entered on January 3, 2024, and served on:**
George Piemonte (via CM/ECF NEF)
Cassia W. Parson (via CM/ECF NEF)
Cathleen McNulty (via CM/ECF NEF)
Dianne Samu (via CM/ECF NEF)

January 3, 2024

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk